UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

_____

| | | |
|---|---|---|
| DONNA HICKS, | ) | |
| | ) | Case No.: 7:24-cv-00037-KKC |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | FILED ELECTRONICALLY |
| FERGUSON ENTERPRISES, LLC | ) | |
| D/B/A FERGUSON PLUMBING SUPPLY, | ) | |
| | ) | |
| Defendant. | ) | |

_____

MOTION TO WITHDRAW
MOTION TO REMAND AND FOR AWARD OF COSTS AND ATTORNEY FEES PURSUANT TO
28 U.S.C. 1447(C)
_____

Comes now the Plaintiff, Donna Hicks, by and through counsel, and hereby withdraws her Motion to Remand pursuant to 28 U.S.C. 1446.

WHEREFORE, the Plaintiff requests the appropriate order of this honorable Court.

Respectfully submitted,

**/s/ ADAM P. COLLINS**
**ADAM P. COLLINS, Esq.**
**COLLINS, COLLINS & CONLEY, PSC**
**P.O. Box 727**
**Hindman, KY 41822**
**P- (606) 785-5048**
**F- (606) 785-3021**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was filed via CM/ECF on Monday July 8, 2024 and distributed to: Heather M. Gwinn, Esq. - hgwinn@grsm.com

**/s/ ADAM P. COLLINS_____**
**ADAM P. COLLINS, Esq.**
