UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | |
|---|---|
| DONNA HICKS,<br><br>        Plaintiff,<br><br>V.<br><br>FERGUSON ENTERPRISES, LLC D/B/A FERGUSON PLUMBING SUPPLY,<br><br>        Defendant. | CIVIL ACTION NO. 7:24-CV-37-KKC<br><br><br>**JUDGMENT** |

\*\*\* \*\*\* \*\*\*

In accordance with the opinion and order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) the Defendant's Motion for Summary Judgment (R. 26) is GRANTED;

2) judgment is ENTERED in favor of the Defendant on all claims;

3) this judgment is FINAL and APPEALABLE; and

4) this matter is STRICKEN from the Court's active docket.

This 17th day of December, 2025.

Signed By:

*Karen K. Caldwell* KKC

United States District Judge